# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>vs.<br><br>**JOHNATHAN TRENT THOMAS**<br><br>*Defendant.* | **DOCKET NO. 3:25-CR-138-KDB**<br><br>**MOTION TO EXTEND PRESENTENCE REPORT OBJECTION DEADLINE** |

Johnathan Trent Thomas, by and through his counsel of record, Assistant Federal Defender John Parke Davis, respectfully requests that this Court continue the Presentence Report Objection deadline currently scheduled for January 28, 2026. As grounds therefore, it is averred:

1. On November 20, 2025, Mr. Thomas pled guilty to a one-Count Bill of Indictment, charging him with threats against a federal official pursuant to 18 U.S.C. § 115(a)(1)(B). Mr. Thomas pled guilty without a written plea agreement.

2. On January 8, 2026, the Draft Presentence Report (Doc. 26) was filed in this case. The parties were notified that the Presentence Report Objection deadline was January 21, 2026.

3. Virtual visits are not available at the Iredell County Detention Center where Mr. Thomas is currently being housed. Due to travel and personal issues, including an unexpected illness, undersigned counsel was unable to meet with Mr. Thomas between January 8 and January 21, 2026. Defense counsel therefore requested and was granted a 7-day extension of the objection deadline by the United States Probation Office, setting that deadline at January 28, 2026.

4. Since that time, severe winter weather and the concomitant cancelation of Charlotte-Mecklenburg schools have impeded the undersigned's ability to travel to visit Mr. Thomas as previously planned. Defense counsel therefore needs additional time to review the Draft

Presentence Report with Mr. Thomas, and to investigate and research issues raised by the Draft Presentence Report.

5. Thus, defense counsel requests until February 5, 2026, to file any Presentence Report Objections for Mr. Thomas.

6. The United States Probation Office does not object to this motion. Defense counsel simultaneously sought the government's position, and while the undersigned anticipates the government will not oppose this motion, the government has not responded as of the time of this filing.

**WHEREFORE,** Mr. Thomas respectfully requests an extension of the Presentence Report Objection deadline until February 5, 2026.

Respectfully submitted:

s/ John Parke Davis
John Parke Davis
N.C. Bar No. 34427
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722 Fax
Jp_davis@fd.org
*Attorney for Jonathan Trent Thomas*

DATE: January 28, 2026